**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ATUL JOSHI, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| v. | )     **Case No. CIV-26-346-CMS** |
| | ) |
| SCARLET GRANT, et al., | ) |
| | ) |
|       Respondents. | ) |

## <u>JUDGMENT</u>

Pursuant to the Order entered this same date, the Court grants in part the Petition for Writ of Habeas Corpus filed by Atul Joshi. Respondents are directed to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days or otherwise to release him if there is no hearing within that time.

**ENTERED** this 4th day of May, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE